Justin E. Sterling, State Bar No. 249491
LAW OFFICES OF JUSTIN STERLING
Justin@SterlingDefense.com
15760 Ventura Blvd. Suite 700
Encino, CA 91436
Tel. (818) 995-9452/Fax. (818) 824-3533

Maxwell J. Wright, State Bar No. 285037
LAW OFFICES OF MAXWELL J. WRIGHT
MWright@WrightOnLaw.com
16501 Ventura Blvd. Suite 400
Encino, CA 91436
Tel. (310) 870-1271

Attorneys for Plaintiff,
ANGELICA QUINONES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAWN THALACHER, BRIANNA AVILA, XOCHIKETZALL BAEZ, DEONA BRAGGS, DESIREE BORJON, JADE BROOKFIELD, MELISSA CARILLO, JENNAH CHLACH, JESSICA COSTELLO, JULISSA DIAZ, MARIA DIAZ, SHANICE DYER, BRIANNA ESPINOZA, VALERIA ESQUIVEL, ESPERANZA FARFAN, DESIREE FOSSETT, RAVEN GALOIA, BRIANNA GARCIA, DESIRÉE GARCIA, SANDY GONZALEZ, KAMIESHA HAGGENS, JASMINE IBARRA, ASHLEY JENKINS, HEATHER JOHNSON, CACHETT LINZY, STEPHANIE LOERA, BRENDA LOPEZ, MAVIS MANUFEKAI, ELSA MARTINEZ, KIANDRA MITCHELL, ALEASHA MOODY, GLORIA MORALES, HEATHER MULKEY, WENDY OLVERA, DIANA ONTIVEROS, HEAVEN PARKER, ZUSSETH PENA, BRITTANY POWELL, ANGELICA QUINONES, MELINDA QUIROZ, JESICA RIOS, MYKIERA ROWLES, CELENA RUIZ, KIMBERLY SALAZAR, ALINA SAVADIAN, RUDIE SIERRA, MARIA SORIANO, OPHELIA TIMMONS, GABRIELLA TOVAR, GRACE VELASQUEZ, VIRGINIA

Case No. 2:25-cv-10318-SVW-SK
[Honorable Stephen V. Wilson]

**JOINT STIPULATION TO DROP PLAINTIFF ANGELICA QUINONES AS A PLAINTIFF FROM THIS ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 21**

[*Declaration of Maxwell J. Wright filed concurrently herewith*; *[Proposed] Order lodged concurrently herewith*]

Complaint Filed: 10/27/2025
Trial date:        None

Courtroom:   10A

1

VELOZ, CLAUDIA VALENCIA, FELICIA VILLA, AND CHARLOTTE WHERRY, individually and as class representatives,

                Plaintiffs,

 vs.

COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, individually, and in his official capacity; SHERIFF ALEX VILLANUEVA, individually, and in his official capacity; SHERIFF JIM MCDONNELL, individually, and in his official capacity; SHERIFF LEE BACA, individually, and in his official capacity; JORGE PADILLA, individually, and in his official capacity; TRAVIS NELSON, individually, and in his official capacity; DEPUTY JONES, individually, and in his official capacity; CESAR RIVAS JR., individually, and in his official capacity, and DOES 1 through 10, inclusive,

                Defendants.

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS, the initial class action complaint in this action was filed on October 25, 2025, by Brian T. Dunn, attorney for Plaintiffs (ECF 1);

WHEREAS, on January 8, 2026, attorney Brian T. Dunn, attorney for Plaintiffs, filed the First Amended Class Action Complaint for Damages and Injunctive Relief (hereinafter, "the Complaint") (ECF 9);

WHEREAS, thereafter, Plaintiff Angelica Quinones retained Maxwell J. Wright and Justin E. Sterling to represent her in this matter (Wright Decl. ¶ 4);

//

2

WHEREAS, on March 2, 2026, Maxwell J. Wright filed a Request to Substitute Attorney, requesting to substitute Justin E. Sterling as counsel for Plaintiff Angelica Quinones (ECF 27);

WHEREAS, on March 2, 2026, Justin E. Sterling filed a Notice of Appearance, as to Plaintiff Angelica Quinones (ECF 28);

WHEREAS, as of the date of this filing, the Court has not acted on the Request to Substitute Attorney (Wright Decl. ¶ 7);

WHEREAS, on March 13, 2026, Maxwell J. Wright and Justin E. Sterling met and conferred on behalf of Plaintiff Angelica Quinones with Cassie D. Palmer, attorney for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Robert Luna, Sheriff Alex Villanueva, Sheriff Jim McDonnell, Sheriff Lee Baca, and Cesar Rivas Jr., regarding this issue (Wright Decl. ¶ 8);

WHEREAS, on March 17, 2026, the Parties filed a Stipulation to Allow Plaintiffs to File Amended Complaint and Extend Time for Stipulating Defendants to Respond (ECF 30);

WHEREAS, to date, the court has taken no action on the Stipulation to Allow Plaintiffs to File Amended Complaint and Extend Time for Stipulating Defendants to Respond (Wright Decl. ¶ 10);

WHEREAS, on March 18, 2026, Maxwell J. Wright, met and conferred on behalf of Plaintiff Angelica Quinones with Robert F. Gookin, attorney for Defendants Travis Nelson and Deputy Jones, as well as Brian T. Dunn, attorney for all other Plaintiffs, regarding this issue (Wright Decl. ¶ 11);

WHEREAS, on March 19, 2026, Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Robert Luna, Sheriff Alex Villanueva, Sheriff Jim McDonnell, Sheriff Lee Baca, and Cesar Rivas Jr. filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) (ECF 31);

WHEREAS, on March 20, 2021, Defendants Travis Nelson and Deputy Jones filed to join in the aforementioned motion to dismiss (ECF 32);

WHEREAS, on March 21, 2026, Maxwell J. Wright filed a Notice of Appearance, as to Plaintiff Angelica Quinones (ECF 33);

WHEREAS, under FRCP 21 a court has the discretion to drop a party at any stage of the action (*Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980));

WHEREAS, stipulating Parties have no objection to dropping Plaintiff Angelica Quinones from the class and as a plaintiff from this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 21 (Wright Decl. ¶ 15);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiffs Dawn Thalacher, et al. (collectively "Plaintiffs") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Robert Luna, Sheriff Alex Villanueva, Sheriff Jim McDonnell, Sheriff Lee Baca, Travis Nelson, Deputy Jones, and Cesar Rivas, Jr., by and through their respective attorneys of record, that Plaintiff Angelica Quinones be dropped from the class and as a plaintiff from this lawsuit without prejudice pursuant Federal Rule of Civil Procedure 21.

**IT IS SO STIPULATED.**

Dated: March 23, 2026          **KENDALL BRILL & KELLY LLP**

By:  /s/ Cassie D. Palmer
 CASSIE D. PALMER
 Attorneys for Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF ROBERT LUNA, SHERIFF JIM MCDONNELL, SHERIFF LEE BACA, and CESAR RIVAS, JR.

Dated: March 23, 2026          **COLLINS + COLLINS LLP**

By:  /s/ Robert F. Gookin
 ROBERT F. GOOKIN
 Attorneys for Defendants TRAVIS NELSON and DEPUTY JONES

Dated: March 23, 2026          **COCHRAN LAW FIRM**

By:  /s/ Brian T. Dunn
 BRIAN T. DUNN
 Attorneys for Plaintiffs

Dated: March 23, 2026          **LAW OFFICES OF JUSTIN E. STERLING**

By: /s/ Justin E. Sterling
 JUSTIN E. STERLING
 Attorneys for Plaintiff ANGELICA QUINONES (Substitution of counsel pending)

Dated: March 23, 2026          **LAW OFFICES OF MAXWELL J. WRIGHT**

By: /s/ Maxwell J. Wright[1]
 MAXWELLL J. WRIGHT
 Attorneys for Plaintiff ANGELICA QUINONES (Substitution of counsel pending)

_____

[1] Pursuant to L.R. 5-4.3.4, the filer of this Stipulation attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

5