BRIAN T. DUNN, ESQ. (SBN #176502)
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280
bdunn@cochranfirm.com

LESLIE ANN BOYCE, ESQ. (SBN #171442)
THE LAW OFFICES OF LESLIE ANN BOYCE
1505 4th Street, Suite 208
Santa Monica, CA 90401-2334
Telephone: (310) 334-9044
leslieannboyce@aya.yale.edu

Attorneys for Plaintiffs

THE
COCHRAN
FIRM
CALIFORNIA
4929 Wilshire Bl.
Suite 1010
(323)435-8205

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DAWN THALACHER, et al. | CASE NO**:** 2:25-cv-10318-SVW-SK |
|---|---|
| Plaintiffs, | **Hon. Steven V. Wilson** |
| vs. | |
| COUNTY OF LOS ANGELES, et al., Defendants. | **PLAINTIFFS' NOTICE OF ERRATA AND ADDENDUM TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(6)** |
| | Date:        April 27, 2026 |
| | Time:        1:30 p.m. |
| | Courtroom:  10A |

_____

1

**TO THE HONORABLE STEVEN V. WILSON, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that ALL PLAINTIFFS have inadvertently omitted the following statutory reference from their recently filed Opposition to Defendants' Motion to Dismiss, (Dkt. 39), concerning Plaintiffs' response to Defendants' invocation of Government Code § 844.6 immunity as to Plaintiffs' cause of action under Cal Civ. Code Section 52.1 (Count IV):

> "(n) The state immunity provisions provided in Sections 821.6, 844.6, and 845.6 of the Government Code shall not apply to any cause of action brought against any peace officer or custodial officer, as those terms are defined in Chapter 4.5 (commencing with Section 830) of Title 3 of Part 2 of the Penal Code, or directly against a public entity that employs a peace officer or custodial officer, under this section."

Cal. Civ. Code § 52.1(n).

DATED: April 15, 2026                     Respectfully submitted,

                                          **THE COCHRAN FIRM - CALIFORNIA**

                                          /s/ *Brian T. Dunn*
                                          BRIAN T. DUNN
                                          Attorneys for ALL PLAINTIFFS

THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Bl.
Suite 1010
(323)435-8205

2