KENDALL BRILL & KELLY LLP
Cassie D. Palmer (268383)
  cpalmer@kbkfirm.com
Emma Tehrani (329603)
  etehrani@kbkfirm.com
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Robert Luna, Sheriff Alex Villanueva, Sheriff Jim McDonnell, Sheriff Lee Baca, and Cesar Rivas Jr.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAWN THALACHER, BRIANNA AVILA, XOCHIKETZALL BAEZ, DEONA BRAGGS, DESIREE BORJON, JADE BROOKFIELD, MELISSA CARILLO, JENNAH CHLACH, JESSICA COSTELLO, JULISSA DIAZ, MARIA DIAZ, SHANICE DYER, BRIANNA ESPINOZA, VALERIA ESQUIVEL, ESPERANZA FARFAN, DESIREE FOSSETT, RAVEN GALOIA, BRIANNA GARCIA, DESIREE GARCIA, SANDY GONZALEZ, KAMIESHA HAGGENS, JASMINE IBARRA, ASHLEY JENKINS, HEATHER JOHNSON, CACHETT LINZY, STEPHANIE LOERA, BRENDA LOPEZ, MAVIS MANUFEKAI, ELSA MARTINEZ, KIANDRA MITCHELL, ALEASHA MOODY, GLORIA MORALES, HEATHER MULKEY, WENDY | Case No. 2:25-cv-10318-SVW (SK) **DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA; SHERIFF ALEX VILLANUEVA; SHERIFF JIM MCDONNELL; SHERIFF LEE BACA; AND CESAR RIVAS JR.'S OBJECTION TO PLAINTIFFS' IMPROPER SUR-REPLY TITLED A "NOTICE OF ERRATA AND ADDENDUM TO OPPOSITION" (DKT. 42)** Judge:  Honorable Stephen V. Wilson Date:    April 27, 2026 Time:    1:30 p.m. Crtrm.:  10A Compl. Filed:  October 27, 2025 FAC Filed:    January 8, 2026 Trial Date:    None |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604495589

Case No. 2:25-cv-10318-SVW (SK)

DEFENDANTS' OBJECTION TO PLAINTIFFS' IMPROPER SUR-REPLY

OLVERA, DIANA ONTIVEROS, HEAVEN PARKER, ZUSSETH PENA, BRITTANY POWELL, ANGELICA QUINONES, MELINDA QUIROZ, JESICA RIOS, MYKIERA ROWLES, CELENA RUIZ, KIMBERLY SALAZAR, ALINA SAVADIAN, RUDIE SIERRA, MARIA SORIANO, OPHELIA TIMMONS, GABRIELLA TOVAR, GRACE VELASQUEZ, VIRGINIA VELOZ, CLAUDIA VALENCIA, FELICIA VILLA, AND CHARLOTTE WHERRY, individually and as class representatives,

Plaintiffs,

v.

COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, individually, and in his official capacity; SHERIFF ALEX VILLANUEVA, individually, and in his official capacity; SHERIFF JIM MCDONNELL, individually, and in his official capacity; SHERIFF LEE BACA, individually, and in his official capacity; JORGE PADILLA, individually, and in his official capacity; TRAVIS NELSON, individually, and in his official capacity; DEPUTY JONES, individually, and in his official capacity; CESAR RIVAS JR., individually, and in his official capacity, and DOES 1 through 10, inclusive,

Defendants.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604495589

Case No. 2:25-cv-10318-SVW (SK)

DEFENDANTS' OBJECTION TO PLAINTIFFS' IMPROPER SUR-REPLY

## OBJECTION TO PLAINTIFFS' IMPROPER SUR-REPLY TITLED A "NOTICE OF ERRATA AND ADDENDUM TO OPPOSITION" (DKT. 42)

Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Robert Luna, Sheriff Alex Villanueva, Sheriff Jim McDonnell, Sheriff Lee Baca, and Cesar Rivas Jr. (together, "Objecting Defendants") hereby object to "Plaintiffs' Notice of Errata and Addendum to Opposition to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" (Dkt. 42), which is functionally an impermissible sur-reply. Local Rule 7-10 provides: "Absent prior written order of the Court, the opposing party shall not file a response to the reply." The Court has issued no such order here. Though styled as an "Errata," nothing in Dkt. 42 purports to correct any error in Plaintiffs' Opposition brief. (*See generally* Dkt. 42). Rather, its sole purpose appears to be to make a new argument in "response to the reply" in direct violation of Local Rule 7-10. Dkt. 42 should be stricken.

To the extent the Court declines to strike Dkt. 42, Objecting Defendants respectfully request leave to file a brief response addressing the new argument and authority Plaintiffs submitted. Contrary to Plaintiffs' assertions, the statute they identify, Cal. Gov. Code section 52.1(n), does not exempt Plaintiffs' Count 4 from immunity under Cal. Gov. Code section 844.6. Section 52.1(n) does not broadly abrogate immunity. It at most allows Plaintiffs' Bane Act claim (Count 4) to avoid the immunity imposed by section 844.6 *only* to the extent Count 4 is based on facts alleged to have occurred *after* section 52.1(n) took effect in 2022. *See Martinez v. City of Fresno*, No. 1:24-CV-00021-JLT-SKO, 2026 WL 797615, at *10 n. 5 (E.D. Cal. Mar. 23, 2026) ("California courts have held that the application of this amendment to the Bane Act is not retroactive; in other words, it does not remove immunity for acts prior to the 2022 amendment."); *cf. Ramirez v. Cnty. of San Diego*, No. 24-CV-366-MMA-BLM, 2024 WL 2219012, at *11 (S.D. Cal. May 15, 2024) ("Effective January 2022, the California legislature revoked public entities' immunity for Bane Act violations, including for injuries to prisoners under California

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604495589

1

Case No. 2:25-cv-10318-SVW (SK)

DEFENDANTS' OBJECTION TO PLAINTIFFS' IMPROPER SUR-REPLY

Government Code § 844.6"; denying motion to dismiss on immunity grounds *only* as to Bane Act claim and granting motion to dismiss on immunity grounds as to all other state law claims for injuries to prisoners).  Thus, even that limited exception applies only to conduct occurring after the statute took effect in 2022, and the FAC does not allege facts sufficient to establish that any such claim is based on post-2022 conduct or is timely.  (*See cf.* Dkt. 31 at 20 (arguing that the FAC's allegations are vague as to time and therefore insufficient to permit Defendants to evaluate timeliness).)

DATED:  April 21, 2026                    KENDALL BRILL & KELLY LLP

                                          By:  _____
                                               Cassie D. Palmer
                                               Emma Tehrani
                                               Attorneys for Defendants County of Los
                                               Angeles, Los Angeles County Sheriff's
                                               Department, Sheriff Robert Luna, Sheriff
                                               Alex Villanueva, Sheriff Jim McDonnell,
                                               Sheriff Lee Baca, and Cesar Rivas Jr.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604495589                                    2                    Case No. 2:25-cv-10318-SVW (SK)
DEFENDANTS' OBJECTION TO PLAINTIFFS' IMPROPER SUR-REPLY