# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAWN THALACHER, BRIANNA AVILA, XOCHIKETZALL BAEZ, DEONA BRAGGS, DESIREE BORJON, JADE BROOKFIELD, MELISSA CARILLO, JENNAH CHLACH, JESSICA COSTELLO, JULISSA DIAZ, MARIA DIAZ, SHANICE DYER, BRIANNA ESPINOZA, VALERIA ESQUIVEL, ESPERANZA FARFAN, DESIREE FOSSETT, RAVEN GALOIA, BRIANNA GARCIA, DESIREE GARCIA, SANDY GONZALEZ, KAMIESHA HAGGENS, JASMINE IBARRA, ASHLEY JENKINS, HEATHER JOHNSON, CACHETT LINZY, STEPHANIE LOERA, BRENDA LOPEZ, MAVIS MANUFEKAI, ELSA MARTINEZ, KIANDRA MITCHELL, ALEASHA MOODY, GLORIA MORALES, HEATHER MULKEY, WENDY OLVERA, DIANA ONTIVEROS, HEAVEN PARKER, ZUSSETH PENA, BRITTANY POWELL, | Case No. 2:25-cv-10318-SVW (SK)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW PLAINTIFFS TO FILE AMENDED COMPLAINT AND EXTEND TIME FOR STIPULATING DEFENDANTS TO RESPOND**<br><br>Judge:       Hon. Stephen V. Wilson<br>Courtroom:   10A<br><br>Action Filed:   October 27, 2025<br>Trial Date:     None |

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604491002

Case No. 2:25-cv-10318-SVW (SK)

[PROPOSED] ORDER

ANGELICA QUINONES, MELINDA QUIROZ, JESICA RIOS, MYKIERA ROWLES, CELENA RUIZ, KIMBERLY SALAZAR, ALINA SAVADIAN, RUDIE SIERRA, MARIA SORIANO, OPHELIA TIMMONS, GABRIELLA TOVAR, GRACE VELASQUEZ, VIRGINIA VELOZ, CLAUDIA VALENCIA, FELICIA VILLA, AND CHARLOTTE WHERRY, individually and as class representatives,

Plaintiffs,

v.

COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, individually, and in his official capacity; SHERIFF ALEX VILLANUEVA, individually, and in his official capacity; SHERIFF JIM MCDONNELL, individually, and in his official capacity; SHERIFF LEE BACA, individually, and in his official capacity; JORGE PADILLA, individually, and in his official capacity; TRAVIS NELSON, individually, and in his official capacity; DEPUTY JONES, individually, and in his official capacity; CESAR RIVAS JR., individually, and in his official capacity, and DOES 1 through 10, inclusive,

Defendants.

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604491002

2

[PROPOSED] ORDER

Case No. 2:25-cv-10318-SVW (SK)

# [PROPOSED] ORDER

Based on the Stipulation between Plaintiffs Dawn Thalacher, *et al.* ("Plaintiffs") and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Robert Luna, Sheriff Alex Villanueva, Sheriff Jim McDonnell, Sheriff Lee Baca, Travis Nelson, Deputy Jones, and Cesar Rivas Jr. (the "Stipulating Defendants") filed on March 17, 2026 in this matter and for good cause shown, it is hereby ORDERED that:

1.      Plaintiffs shall file a Second Amended Complaint by no later than May 6, 2026;

2.      Stipulating Defendants shall answer or otherwise respond to the Second Amended Complaint by no later than May 27, 2026;

3.      The Motion to Dismiss (docket 31) and Motion for Joinder (docket 32) are DENIED AS MOOT, the hearings set for April 27, 2026, are VACATED.

DATED: April 22, 2026

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604491002

3

Case No. 2:25-cv-10318-SVW (SK)

[PROPOSED] ORDER